**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **SFA SYSTEMS, LLC,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| | § | |
| **vs.** | § | Civil Action No.  09-cv-340-LED |
| | § | |
| **1-800-FLOWERS.COM, INC., et al,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **Defendants.** | § | |
| | § | |

## THE TIMBERLAND COMPANY'S ANSWER AND COUNTERCLAIMS TO PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT

Defendant The Timberland Company ("Timberland") hereby submits its Answer and affirmative defenses to Plaintiff SFA Systems, LLC's ("SFA") Complaint for Patent Infringement ("Complaint"), as well as its counterclaims against SFA, and states as follows:

## ANSWER TO COMPLAINT

Timberland admits that SFA purports to bring an action for patent infringement against the named defendants.

## PARTIES

1.     Timberland is without sufficient information to either admit or deny the allegations in Paragraph 1 of the Complaint.

2.     Timberland is without sufficient information to either admit or deny the allegations in Paragraph 2 of the Complaint.

3.     Timberland is without sufficient information to either admit or deny the allegations in Paragraph 3 of the Complaint.

4.      Timberland is without sufficient information to either admit or deny the allegations in Paragraph 4 of the Complaint.

5.      Timberland is without sufficient information to either admit or deny the allegations in Paragraph 5 of the Complaint.

6.      Timberland is without sufficient information to either admit or deny the allegations in Paragraph 6 of the Complaint.

7.      Timberland is without sufficient information to either admit or deny the allegations in Paragraph 7 of the Complaint.

8.      Timberland is without sufficient information to either admit or deny the allegations in Paragraph 8 of the Complaint.

9.      Timberland is without sufficient information to either admit or deny the allegations in Paragraph 9 of the Complaint.

10.     Timberland is without sufficient information to either admit or deny the allegations in Paragraph 10 of the Complaint.

11.     Timberland is without sufficient information to either admit or deny the allegations in Paragraph 11 of the Complaint.

12.     Timberland is without sufficient information to either admit or deny the allegations in Paragraph 12 of the Complaint.

13.     Timberland is without sufficient information to either admit or deny the allegations in Paragraph 13 of the Complaint.

14.     Timberland is without sufficient information to either admit or deny the allegations in Paragraph 14 of the Complaint.

OHS West:260731526.1

15.     Timberland is without sufficient information to either admit or deny the allegations in Paragraph 15 of the Complaint.

16.     Timberland is without sufficient information to either admit or deny the allegations in Paragraph 16 of the Complaint.

17.     Timberland is without sufficient information to either admit or deny the allegations in Paragraph 17 of the Complaint.

18.     Timberland is without sufficient information to either admit or deny the allegations in Paragraph 18 of the Complaint.

19.     Timberland is without sufficient information to either admit or deny the allegations in Paragraph 19 of the Complaint.

20.     Timberland is without sufficient information to either admit or deny the allegations in Paragraph 20 of the Complaint.

21.     Timberland is without sufficient information to either admit or deny the allegations in Paragraph 21 of the Complaint.

22.     Timberland is without sufficient information to either admit or deny the allegations in Paragraph 22 of the Complaint.

23.     Timberland is without sufficient information to either admit or deny the allegations in Paragraph 23 of the Complaint

24.     Timberland is without sufficient information to either admit or deny the allegations in Paragraph 24 of the Complaint

25.     Timberland is without sufficient information to either admit or deny the allegations in Paragraph 25 of the Complaint

OHS West:260731526.1

26.     Timberland admits that it is a Delaware corporation and that its corporate headquarters
        are located in Stratham, New Hampshire. Timberland admits that it has appointed
        Corporation Service Company as its agent for service of process.

27.     Timberland is without sufficient information to either admit or deny the allegations in
        Paragraph 27 of the Complaint.

28.     Timberland is without sufficient information to either admit or deny the allegations in
        Paragraph 28 of the Complaint.

## JURISDICTION AND VENUE

29.     Timberland admits only that Plaintiff purports to bring an action arising under the patent
        laws of the United States and, accordingly, this Court has subject matter jurisdiction as to
        Timberland. Timberland denies the remaining allegations contained in Paragraph 29.

30.     Timberland admits only that it is registered to do business in Texas.  Timberland is
        without sufficient information to either admit or deny the allegations regarding other
        parties in the matter.

31.     Timberland admits only that it is registered to do business in Texas and, as such, may
        have transacted business in this district.  Timberland is without sufficient information to
        either admit or deny the allegations regarding other parties in the matter.

## INFRINGEMENT OF U.S. PAT. NO. 6,067,525

32.     Timberland admits that the face page of United States Patent No. 6,067,525 ("the '525
        patent") indicates that it is entitled "Integrated Computerized Sales Force Automation
        System" and was issued by the United States Patent and Trademark Office on May 23,
        2000.  Timberland is without sufficient knowledge or information to form a belief as to

- 4 -

the truth or accuracy of the remaining allegations in Paragraph 32 of the Complaint. They are, therefore, denied.

33.     Timberland is without sufficient knowledge or information to form a belief as to the truth or accuracy of the remaining allegations in Paragraph 33 of the Complaint. They are, therefore, denied.

34.     Timberland is without sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations contained in Paragraph 34 of the Complaint.  They are, therefore denied.

35.     Timberland is without sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations contained in Paragraph 35 of the Complaint.  They are, therefore denied.

36.     Timberland is without sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations contained in Paragraph 36 of the Complaint.  They are, therefore denied.

37.     Timberland is without sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations contained in Paragraph 37 of the Complaint.  They are, therefore denied.

38.     Timberland is without sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations contained in Paragraph 38 of the Complaint.  They are, therefore denied.

39.     Timberland is without sufficient knowledge or information to form a belief as to the truth or accuracy of the remaining allegations in Paragraph 39 of the Complaint. They are, therefore, denied.

OHS West:260731526.1

40.     Timberland is without sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations contained in Paragraph 40 of the Complaint.  They are, therefore denied.

41.     Timberland is without sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations contained in Paragraph 41 of the Complaint.  They are, therefore denied.

42.     Timberland is without sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations contained in Paragraph 42 of the Complaint.  They are, therefore denied.

43.     Timberland is without sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations contained in Paragraph 43 of the Complaint.  They are, therefore denied.

44.     Timberland is without sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations contained in Paragraph 44 of the Complaint.  They are, therefore denied.

45.     Timberland is without sufficient knowledge or information to form a belief as to the truth or accuracy of the remaining allegations in Paragraph 45 of the Complaint. They are, therefore, denied.

46.     Timberland is without sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations contained in Paragraph 46 of the Complaint.  They are, therefore denied.

OHS West:260731526.1

47.     Timberland is without sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations contained in Paragraph 47 of the Complaint.  They are, therefore denied.

48.     Timberland is without sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations contained in Paragraph 48 of the Complaint.  They are, therefore denied.

49.     Timberland is without sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations contained in Paragraph 49 of the Complaint.  They are, therefore denied.

50.     Timberland is without sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations contained in Paragraph 50 of the Complaint.  They are, therefore denied.

51.     Timberland is without sufficient knowledge or information to form a belief as to the truth or accuracy of the remaining allegations in Paragraph 51 of the Complaint. They are, therefore, denied.

52.     Timberland is without sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations contained in Paragraph 52 of the Complaint.  They are, therefore denied.

53.     Timberland is without sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations contained in Paragraph 53 of the Complaint.  They are, therefore denied.

OHS West:260731526.1

54.     Timberland is without sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations contained in Paragraph 54 of the Complaint.  They are, therefore denied.

55.     Timberland is without sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations contained in Paragraph 55 of the Complaint.  They are, therefore denied.

56.     Timberland is without sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations contained in Paragraph 56 of the Complaint.  They are, therefore denied.

57.     Timberland is without sufficient knowledge or information to form a belief as to the truth or accuracy of the remaining allegations in Paragraph 57 of the Complaint. They are, therefore, denied.

58.     As to the allegations that are directed toward Timberland, Timberland denies the allegations contained in Paragraph 64 of the Complaint.

59.     Timberland is without sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations contained in Paragraph 59 of the Complaint.  They are, therefore denied.

60.     Timberland is without sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations contained in Paragraph 60 of the Complaint.  They are, therefore denied.

61.     As to the allegations that are directed toward Timberland, Timberland denies the allegations contained in Paragraph 61 of the Complaint.

OHS West:260731526.1

62.     As to the allegations that are directed toward Timberland, Timberland denies the allegations contained in Paragraph 62 of the Complaint.

63.     As to the allegations that are directed toward Timberland, Timberland denies the allegations contained in Paragraph 63 of the Complaint.

64.     As to the allegations that are directed toward Timberland, Timberland denies the allegations contained in Paragraph 64 of the Complaint.

## PRAYER FOR RELIEF

65.     Timberland denies that Plaintiff is entitled to any relief requested in its Prayer for Relief because it does not infringe any of the claims of the '525 patent (hereinafter, the "patent-in-suit").

66.     SFA is not entitled to injunctive relief with respect to the patent-in-suit because any injury to SFA is not immediate nor irreparable, and SFA has an adequate remedy at law.

## TIMBERLAND'S FIRST AFFIRMATIVE DEFENSE

67.     Timberland is not infringing, and has not infringed, either directly, contributorily, or by inducement, any claim of the patent-in-suit.

## TIMBERLAND'S SECOND AFFIRMATIVE DEFENSE

68.     On information and belief, the patent-in-suit, by reasons of statements and representations made by the inventor, SFA, or its assignor(s) to the United States Patent and Trademark Office during the prosecution of applications for issuance of the patents-in-suit, or by reason of prior acts, SFA is estopped from asserting any interpretation of any of the claims of the patent-in-suit that would be broad enough to cover any of Timberland's websites.

## TIMBERLAND'S THIRD AFFIRMATIVE DEFENSE

69.     On information and belief, the patent-in-suit is invalid for failure to satisfy the conditions

of patentability as specified under one or more section of Title 35 of the U.S. Code,

including, without limitation, 35 U.S.C. §§ 102, 103, 112, and/or 256.

## TIMBERLAND'S FOURTH AFFIRMATIVE DEFENSE

70.     On information and belief, SFA is barred in whole or in part from asserting the patent-in-

suit against Timberland by the doctrine of laches, or waiver, or both.

## TIMBERLAND'S COUNTERCLAIMS FOR DECLARATORY RELIEF

For its counterclaims against SFA, Timberland alleges the following:

1.      Timberland is a corporation organized and existing under the laws of the State of

Delaware, with its principal place of business in Stratham, New Hampshire.

2.      On information and belief, SFA is a Texas limited liability company with its

principal place of business in Marshall, Texas.

## JURISDICTION AND VENUE

3.      This Court has subject matter jurisdiction over this counterclaim pursuant to 35

U.S.C. §§ 101 *et seq.*, 35 U.S.C. § 1125, and 28 U.S.C. §§ 1331, 1338, and 2201, as they arise

under the patent laws of the United States.

4.      Venue is proper in this district under 38 U.S.C. §§ 1391(b) and (c), and 28 U.S.C.

§ 1400.

## COUNT I

### (For Declaratory Judgment of Non-Infringement)

5.      On information and belief, SFA represents that it owns the patent-in-suit, and has

asserted that certain acts by Timberland infringe the patent.

6.      Timberland repeats and realleges each and every allegation contained in

OHS West:260731526.1

paragraphs 1-5 of this counterclaim as if fully set forth herein.

7.      Timberland is not infringing, and has not infringed, directly, by inducement, contributorily, or in any way, any claim of the patent-in-suit.

8.      To resolve the legal and factual questions raised by SFA, and to afford relief from the uncertainty and controversy that SFA's accusations have precipitated, Timberland is entitled to a declaratory judgment that it does not infringe any claim of the patent-in-suit.

## COUNT II

### (For Declaratory Judgment of Invalidity)

9.      Timberland repeats and realleges each and every allegation contained in paragraphs 1-8 of this counterclaim as if fully set forth herein.

10.     The claims of the patent-in-suit are invalid under one or more sections of Title 35 of the United States Code, including, without limitation, 35 U.S.C. §§ 102, 103, 112, or 256.

11.     To resolve the legal and factual question raised by SFA, and to afford relief from the uncertainty and controversy that SFA's accusations have precipitated, Timberland is entitled to a declaratory judgment that the claims of the patent-in-suit are invalid.

## PRAYER FOR RELIEF

WHEREFORE, Timberland respectfully requests that this Court enter judgment in its favor and grant the following relief:

(a)     A declaration that Timberland does not infringe any claim of U.S. Patent No. 6,067,525;

(b)     A declaration that U.S. Patent No. 6,067,525 is invalid;

(c)     Dismissal of SFA's claims in their entirety with prejudice;

(d)     A declaration that SFA take nothing by way of its Complaint;

OHS West:260731526.1

(e)      An order finding that this is an exceptional case and awarding Timberland its

reasonable attorneys' fees pursuant to 35 U.S.C. § 285 and all other applicable statutes, rules,

and common law;

(f)      An order awarding Timberland costs pursuant to 35 U.S.C. § 284; and

(g)      An order awarding such additional relief as the Court may deem just and proper

under the circumstances.

OHS West:260731526.1

## JURY REQUEST

Timberland requests a trial by jury on all issues so triable.


Dated: September 23, 2009                  Respectfully submitted,


                                            /s/  Lance Vincent
                                           Mark P. Wine (*pro hac vice* pending)
                                           Calif. State Bar No. 189897
                                           André De La Cruz (*pro hac vice* pending)
                                           Calif. State Bar No. 245175
                                           ORRICK, HERRINGTON & SUTCLIFFE
                                           LLP
                                           4 Park Plaza, Suite 1600
                                           Irvine, CA  92614
                                           Tel:  (949) 567-6700
                                           Fax:  (949) 567-6710
                                           mwine@orrick.com
                                           adelacruz@orrick.com

                                           Lance Vincent
                                           Texas State Bar No. 20585580
                                           RITCHESON, LAUFFER, VINCENT &
                                           DUKES PC
                                           Two American Center
                                           821 ESE Loop 323, Suite 530
                                           Tyler, TX  75701
                                           lancev@rllawfirm.net

                                           **ATTORNEYS FOR DEFENDANT THE
                                           TIMBERLAND COMPANY**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 23, 2009 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).


/s/ Lance Vincent
Lance Vincent

OHS West:260731526.1