### June 7, 2010 STATUS CONFERENCE

1:30 pm – Judge Love called each case and parties announced ready for proceedings. (See attached Sign-in Sheet for Attorney Appearances). Court re-called each case and parties announced whether they consented to proceed before him.

Court in recess.

Hearing resumed. Judge Love gave parties their prospective Markman Hearing Dates and Jury Selection Dates as indicated below.

| Case # | Case Name | LED Markman | JDL Markman | LED Trial | JDL Trial |
|---|---|---|---|---|---|
| 609cv304 | Aloft Media, LLC v Oracle Corporation, et al | | 1.13.2011 | 12.5.2011 | |
| 609cv340 | SFA Systems, LLC v 1-800-Flowers.com, Inc, et al | 4.7.2011 | | 12.5.2011 | |
| 609cv481 | Clear with Computers, LLC v Bergdorf Goodman, Inc, et al | 4.14.2011 | | 12.5.2011 | |
| 609cv548 | Vehicle Occupant Sensing American Honda Motor, et al | | 4.28.2011 | 12.5.2011 | |
| 610cv12 | Marshall Packaging, LLC v PepsiCo, Inc., et al | 4.28.2011 | | 12.5.2011 | |
| 610cv18 | Uniloc USA, Inc., et al v BCL Technologies, et al | | 2.3.2011 | 11.7.2011 | |
| 610cv28 | Cross Match Technologies, Inc. v Suprema, Inc., et al | 5.5.2011 | | 12.5.2011 | |
| 610 cv39 | KlausTech, Inc. v Admob, Inc. | | 5.12.2011 | 1.3.2012 | |
| 610cv69 | Uniloc USA, Inc., et al v Cyberlink.com Corp, et al | | 4.3.2011 | 1.3.2012 | |
| 610cv77 | Stragent, LLC v Huawei Technologies, et al | | 4.14.2011 | 12.5.2011 | |

_2:00_ PM There being nothing further, Court adjourned.