# CASE NO.  6:09CV304

# Aloft Media, LLC
# V
# Oracle Corporation, et al
## June 7, 2010 - STATUS CONFERENCE
## PLEASE  PRINT  CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Debby Gunter (Yarbrough)(Wilcox) | Scottrade, Inc. |
| Brett Govett | Fair Isaac Co. - FICO |
| Eric Albritt | Aloft |
| Aimee Fagan | Halliburton Energy Services, Inc. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

# CASE NO.  6:09CV340

# SFA Systems, LLC
# V
# 1-800-Flowers.com, Inc., et al
## June 7, 2010 - STATUS CONFERENCE
## PLEASE  PRINT  CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Ciney Coke | Dunahan Stenks |
| Kelly Chen | Gamestop.com; Gamestop, Inc.; Gamestop Corp. |
| Debby Gunter | Gander Mountain, Overton's, Newegg |
| Matt Braunel | Gander Mountain, Overton's |
| Andrew Spangler | SFA |
| Deborah Race | Blockbuster |
| Drew Gillen | The Timberland Company |
| Brithee Reamy | Barnes & Noble, Build-A-Bear, & J&R Electronics |
| Vanessa Blake | 1800-Flowers.com, Plow+Hearth, Wiketashing, Popcorn factory, Children's Group, Northern tool + Office Depot |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

# CASE NO.  6:09CV481

# Clear With Computers, LLC
# V
# Bergdorf Goodman, Inc., et al
## June 7, 2010 - STATUS CONFERENCE
## PLEASE  PRINT  CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Mike Jones | Broshill |
| GUY HARRISON | SUBZERO & WOLF |
| Laura Russell | Neiman Marcus Inc Neiman Marcus Group, Inc. Bergdorf Goodman, Inc., BergdorfGoodman.com, |
| Drew Gillen | GSI Commerce, Inc.; Polo Ralph Lauren LLC Corporation; Ralph Lauren Media, LLC; Kate Spade, LLC |
| Debby Gunter | Epson Inc. |
| Andrew Spangler | CWC |
| Jennifer Ainsworth | UTC Δ's and Crutchfield Δ's |
| Eric Findley | Dacor |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

# CASE NO.  6:09CV548

# Vehicle Occupant Sensing Systems, LLC
# V
# American Honda Motor Co., Inc., et al
## June 7, 2010 - STATUS CONFERENCE
## PLEASE  PRINT  CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Thad Heartfield | American Honda Motor Co., Inc |
| Elizabeth L. DeRieux | BMW |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

# CASE NO.  6:10CV12

# Marshall Packaging Company, LLC
# V
## PepsiCo, Inc., et al
### June 7, 2010 - STATUS CONFERENCE
## PLEASE  PRINT  CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Wesley Hill | Plaintiff |
| Dwayne Mason | Pepsi Defendants |
| Shamin Dacus | Advanced H20 LLC |
| | Safeway |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

# CASE NO.  6:10CV18

# Uniloc USA, Inc., et al
# V
# BCL Technologies, et al
## June 7, 2010 - STATUS CONFERENCE
## PLEASE  PRINT  CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Jason W. Cook | BCL Technologies |
| Gerald Hrycyszyn | Algorithmic Implementations Inc. |
| Eric Findlay | Honestech Inc |
| " " | Sfer Systems |
| John Jackson | Global SCAPE |
| Benjamin Setnick | Cyberlink |
| GUY HARRISON | TEKLYNX International |
| Wesley Hill | Uniloc USA, Inc. |
| Steven E. Ross | Software Shapers |
| Craig Tyler | Human Concepts |
| Bennett White | Real Software, Inc. |
| Glenn Thames | MacKichan |
| Elizabeth De Rieux | G-7 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

# CASE NO.  6:10CV28

# Cross Match Technologies, Inc.
# V
# Suprema, Inc., et al
## June 7, 2010 - STATUS CONFERENCE
## PLEASE  PRINT  CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Mike Jones | Cross Match |
| Max Grant | Cross Match |
| Blake C. Erskine | Suprema / Mentalix |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

# CASE NO.  6:10CV39

# KlausTech, Inc.
# V
# Admob, Inc.
## June 7, 2010 - STATUS CONFERENCE
## PLEASE  PRINT  CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Charles Van Cleef | Klausteeh (Plaintiff) |
| Mike Jones | Admob |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

# CASE NO.  6:10CV69

# Uniloc USA, Inc., et al
# V
# Cyberlink.com Corp., et al
## June 7, 2010 - STATUS CONFERENCE
## PLEASE  PRINT  CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Mike Jones | Paraben Corp |
| Charles Ainsworth | Diskeeper |
| Eric Findlay | Alt-N |
| Meredith Zinanni | '' '' |
| Ned Siege | '' '' |
| Scott Stevens | Marware , Inc. |
| Casey Griffith | TOPS Software Corp. |
| Michael Smith | Keil |
| Michael Smith | Brooks Software |
| Bryan Haynes | Informatics Holdings, Inc. |
| Wesley Hill | Uniloc USA, Inc. |
| Shannon Dacus | Angus Software |
| | |
| | |
| | |
| | |
| | |
| | |

# CASE NO.  6:10CV77

# Stragent, LLC
# V
# Huawei Technologies Co., Ltd., et al
## June 7, 2010 - STATUS CONFERENCE
## PLEASE  PRINT  CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Deborah Race | Huawei & Futurewei |
| Eric Albritton | Stragent |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |