IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SFA SYSTEMS, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 6:09-cv-340 LED |
| ) | |
| v. ) | JURY TRIAL DEMAND |
| ) | |
| 1-800-FLOWERS.COM, INC., et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff SFA Systems, LLC and Defendants (1) 1-800-Flowers.com, Inc., (2) The Plow & Hearth, Inc. (currently known as 18F Virginia, Inc., and sued in this action as "The Plow & Hearth, Inc., including D/B/A Wind & Weather, Inc."), (3) The Popcorn Factory, Inc., (4) The Winetasting Network (a California corporation, with its principal place of business at 2545 Napa Valley Corporate Drive, Napa, CA 94558 and sued in this action as "Winetasting Network Inc."), (5) the entity named in this action as "The Children's Group, Inc." (a Delaware corporation, which was previously merged into 18F Virginia, Inc.), (6) the entity named in this action as "Wind & Weather, Inc." (previously known as Wind & Weather, a California corporation, and merged into The Plow & Hearth, Inc.), (7) the entity named in this action as "Problem Solvers, Inc." (which was a brand that at the time of the commencement of this action operated by The Plow & Hearth, Inc.), (8) Office Depot, Inc., (9) Northern Tool & Equipment Company, (10) Northern Tool and Equipment Catalog Co., (11) Omaha Steaks International, Inc., and (12) Omahasteaks.com, Inc., (collectively the "Settling Defendants") hereby move the Court for entry of an order dismissing all claims and counterclaims in this action between Plaintiff and these Settling Defendants WITH PREJUDICE, subject to the terms of that certain

agreement entitled "**PATENT LICENSE AND SETTLEMENT AGREEMENT**" and dated December 17, 2010, with each party to bear its own costs, expenses and attorneys fees.

Dated: December 23, 2010　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**BUETHER JOE & CARPENTER, LLC**

　　　　　　　　　　　　　　　By:　　*/s/ Eric W. Buether*
　　　　　　　　　　　　　　　　　　Eric W. Buether
　　　　　　　　　　　　　　　　　　State Bar No. 03316880
　　　　　　　　　　　　　　　　　　Eric.Buether@BJCIPLaw.com
　　　　　　　　　　　　　　　　　　Christopher M. Joe
　　　　　　　　　　　　　　　　　　State Bar No. 00787770
　　　　　　　　　　　　　　　　　　Chris.Joe@BJCIPLaw.com
　　　　　　　　　　　　　　　　　　Brian A. Carpenter
　　　　　　　　　　　　　　　　　　State Bar No. 03840600
　　　　　　　　　　　　　　　　　　Brian.Carpenter@BJCIPLaw.com
　　　　　　　　　　　　　　　　　　1700 Pacific Avenue
　　　　　　　　　　　　　　　　　　Suite 2390
　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　Telephone: (214) 466-1271
　　　　　　　　　　　　　　　　　　Facsimile: (214) 635-1827


　　　　　　　　　　　　　　　　　　Andrew Wesley Spangler
　　　　　　　　　　　　　　　　　　State Bar No. 24041960
　　　　　　　　　　　　　　　　　　**Spangler Law PC**
　　　　　　　　　　　　　　　　　　104 N. Houston St., Suite 135
　　　　　　　　　　　　　　　　　　Marshall, Texas  75670
　　　　　　　　　　　　　　　　　　Telephone:  (903) 935-3443
　　　　　　　　　　　　　　　　　　Facsimile:   (903) 938-7843
　　　　　　　　　　　　　　　　　　spangler@spanglerlawpc.com

　　　　　　　　　　　　　　　　　　David M. Pridham
　　　　　　　　　　　　　　　　　　RI State Bar No. 6625
　　　　　　　　　　　　　　　　　　**Law Office of David Pridham**
　　　　　　　　　　　　　　　　　　25 Linden Road
　　　　　　　　　　　　　　　　　　Barrington, Rhode Island 02806
　　　　　　　　　　　　　　　　　　Telephone:  (401) 633-7247
　　　　　　　　　　　　　　　　　　Facsimile:   (401) 633-7247
　　　　　　　　　　　　　　　　　　david@pridhamiplaw.com

　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR PLAINTIFF**
　　　　　　　　　　　　　　　　　　**SFA SYSTEMS, LLC**

**KILPATRICK STOCKTON LLP NC**

By: /s/ Jon Robert Pierce (w/permission)
Jon Robert Pierce
Lead Attorney
jpierce@kilpatrickstockton.com
1001 W Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 607-7503
Facsimile: (336) 734-2638

Mitchell G. Stockwell (Attorney *Pro Hac Vice*)
mstockwell@kilpatrickstockton.com
Vaibhav P. Kadaba (Attorney *Pro Hac Vice*)
wkadaba@kilpatrickstockton.com
Vanessa M. Blake (Attorney *Pro Hac Vice*)
vblake@kilpatrickstockton.com
Kilpatrick Stockton LLP - Atlanta
1100 Peachtree Street, Suite 2800
Atlanta, GA 30304530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

**ATTORNEYS FOR DEFENDANTS
1-800-FLOWERS.COM, INC.
THE PLOW & HEARTH, INC.,
INCLUDING
D/B/A WIND & WEATHER, INC.
THE POPCORN FACTORY, INC.
WINETASTING NETWORK, INC.
PROBLEM SOLVERS, INC.
OFFICE DEPOT, INC.
NORTHERN TOOL & EQUIPMENT
COMPANY, INC., AND
NORTHERN TOOL AND EQUIPMENT
CATALOG CO.**

**STEVENS LOVE**

By: /s/ Gregory Phillip Love (with permission)
Gregory Phillip Love
State Bar No. 24013060
greg@stevenslove.com
109 West Tyler Street

        P.O. Box 3427
        Longview, TX 75606-3427
        Telephone:   (903) 753-6760
        Facsimile:   (903) 753-6761

        John P. Passarelli (*Attorney Pro Hac Vice*)
        NE Bar No. 16018
        john.passarelli@kutakrock.com
        James M. Sulentic (*Attorney Pro Hac Vice*)
        NE Bar No. 19610
        james.sulentic@kutakrock.com
        Kutak Rock LLP - Nebraska
        1650 Farnam Street
        The Omaha Building
        Omaha, ME 68102-2186
        Telephone:   (402) 346-6000
        Facsimile:   (402) 346-1148

        **ATTORNEYS FOR DEFENDANTS**
        **OMAHA STEAKS INTERNATIONAL,**
        **INC., AND OMAHASTEAKS.COM,**
        **INC.**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on this 23rd day of December 2010. Any other counsel of record will be served by facsimile transmission and first class mail.

                                       */s/ Eric W. Buether*
                                       Eric W. Buether