IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SFA SYSTEMS, LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 6:09-cv-340-LED |
| v. | § § | JURY TRIAL DEMAND |
| 1-800-FLOWERS.COM, INC., et al. | § § | |
| Defendants. | § § | |
| SFA SYSTEMS, LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 6:10-cv-00300-LED |
| v. | § § | JURY DEMANDED |
| BIGMACHINES, INC., et al. | § § | |
| Defendants. | § § | |

**JOINT CLAIM CONSTRUCTION AND PREHEARING
STATEMENT PURSUANT TO P.R. 4-3**

Plaintiff and Defendants in these two actions hereby submit the parties' Joint Claim Construction and Prehearing Statement pursuant to Patent Local Rule 4-3 and the Court's Docket Control Orders entered in these actions.

The patent in suit is U.S. Patent 6,067,525, entitled "Integrated Computerized Sales Force Automation System," (the "'525 patent"). The '525 patent issued on May 23, 2000, from an application filed on October 30, 1995.

Section I identifies the claim terms and phrases of the '525 patent for which the parties have agreed as to the proper construction. Section II and Exhibits 1-3 set forth the parties' proposed constructions for the disputed terms and phrases of the '525 patent, along with the identification of supporting intrinsic and extrinsic evidence. Section III states the parties' positions regarding the length of the claim construction hearing. Section IV addresses the expert testimony that the parties may rely on

in support of its proposed claim constructions. Section V addresses the parties' current position on the need for a prehearing conference.

## I.   Agreed Claim Constructions [P.R. 4-3(a)]

Pursuant to P.R. 4-3(a), the parties have agreed to the construction of the following terms:

| Claims | Claim Term | Agreed Upon Construction |
|---|---|---|
| 1, 20, 24-25, 40 | "inferring" | "logical process by which a factual conclusion is derived from known facts by the application of logical rules" |
| 1, 20, 40 | "inferring occurrence of an event" | "logical process by which the fact that an event has occurred is derived by application of logical rules" |
| **Claims** | **Claim Term** | **Agreed Upon Order of Performance of Method Steps** |
| 20 | "the method comprising the steps of: automatically detecting . . .; inferring . . .; and automatically initiating . . . ." | Sequential, in the order written (*i.e.* [1] automatically detecting…, [2] inferring occurrence…, and [3] automatically initiating…) |

If the parties reach agreement regarding any other claim terms at a later date, they will supplement the present Joint Statement.

## II.   Disputed Claim Constructions [P.R. 4-3(b)]

Pursuant to P.R. 4-3(b), the chart attached as Exhibit 1 to this Joint Statement contains disputed patent claim terms, phrases, or clauses for which Plaintiff and Defendants propose different constructions. The parties dispute whether §112, ¶ 6 applies to any claim limitations. Plaintiff contends that §112, ¶ 6 does not apply to any claims. Defendants contend that §112, ¶ 6 applies to certain claim limitations identified in Exhibit 1.

Exhibit 2 provides Plaintiff's identification of intrinsic and extrinsic evidence supporting its proposed constructions, as required by P.R. 4-3(b). Attached as Exhibits 2-A through 2-I is the extrinsic evidence referenced therein.

Exhibit 3 provides Defendants' identification of intrinsic and extrinsic evidence supporting their proposed constructions and Defendants' proposed structure(s)/act(s) for the claims that Defendants

contend are governed by §112, ¶ 6, as required by P.R. 4-3(b). Attached as Exhibits 3-A through 3-H is the extrinsic evidence referenced therein.

### III. Length of Claim Construction Hearing [P.R. 4-3(c)]

The Court's Docket Control Order schedules the claim construction hearing to be held on April 7, 2011. Pursuant to P.R. 4-3(c), the parties request three (3) hours total, one and a half (1.5) hours per side for the claim construction hearing.

### IV. Live Witness Testimony at Claim Construction Hearing [P.R. 4-3(d)]

The parties do not intend to offer any live witness testimony at the claim construction hearing.

### V. Other Issues [P.R. 4-3(e)]

The parties agree that neither side will submit a witness at the claim construction hearing. Instead, both sides will submit only expert witness declarations in support of their claim construction positions limited to the topics of whether the "plurality of subsystems. . . ." and "event manager" limitations should be construed under 35 U.S.C. §112 ¶6. The parties will not submit any expert witness testimony regarding any other claim construction issues.

The Defendants will provide Plaintiff with their draft expert declaration no later than February 15, 2011. Plaintiff will provide defendants with its draft expert declaration no later than February 18, 2011. Both sides agree to extend the deadline for claim construction discovery should either side determine the need to depose the expert witness regarding the testimony set forth in the claim construction declaration submitted as discussed above.

The parties are unaware of any additional issues that might require the scheduling of a prehearing conference.

Dated: February 8, 2011          Respectfully submitted,

| BUETHER JOE & CARPENTER, LLC | FISH & RICHARDSON P.C. |
|---|---|
| By: */s/ Eric W. Buether* <br> Eric W. Buether <br> State Bar No. 03316880 <br> Eric.Buether@BJCIPLaw.com <br> Christopher M. Joe <br> State Bar No. 00787770 <br> Chris.Joe@BJCIPLaw.com <br> Brian A. Carpenter <br> State Bar No. 03840600 <br> Brian.Carpenter@BJCIPLaw.com <br><br> 1700 Pacific Avenue <br> Suite 2390 <br> Dallas, Texas 75201 <br> Telephone: (214) 466-1271 <br> Facsimile: (214) 635-1827 <br><br> Andrew Wesley Spangler <br> State Bar No. 24041960 <br> Spangler Law PC <br> 104 N. Houston St., Suite 135 <br> Marshall, Texas 75670 <br> Telephone: (903) 935-3443 <br> Facsimile: (903) 938-7843 <br> spangler@spanglerlawpc.com <br><br> David M. Pridham <br> RI State Bar No. 6625 <br> Law Office of David Pridham <br> 25 Linden Road <br> Barrington, Rhode Island 02806 <br> Telephone: (401) 633-7247 <br> Facsimile: (401) 633-7247 <br> david@pridhamiplaw.com <br><br> **ATTORNEYS FOR PLAINTIFF** <br> **SFA SYSTEMS, LLC** | By: /s/ Neil J. McNabnay <br> Neil J. McNabnay <br> njm@fr.com <br> *Lead Attorney* <br> Britnee M. Reamy (Serve) <br> bmr@fr.com <br> 1717 Main Street <br> Suite 5000 <br> Dallas, TX 75201 <br> 214-747-5070 <br> 214-747-2091 FAX <br><br> Ajit Dang <br> dang@fr.com <br> FISH & RICHARDSON PC - ATLANTA <br> 1180 Peachtree Street NE <br> 21st Floor <br> Atlanta, GA 30309 <br> 404-892-5005 Tel <br> 404-892-5002 Fax <br><br> **ATTORNEYS FOR DEFENDANTS** <br> **BARNES AND NOBLE, INC.** <br> **BARNESANDNOBE.COM LLC** <br> **BIGMACHINES, INC.** <br> **CARESTREAM HEALTH, INC.** <br> **ENTERASYS NETWORKS, INC.** <br> **J & R ELECTRONICS, INC.** <br> **RICOH AMERICAS CORPORATION** |

POTTER MINTON

By: /s/ Douglas Ray McSwane, Jr.
Douglas Ray McSwane, Jr.
dougmcswane@potterminton.com
***Lead Attorney***
P.O. Box 359
Tyler, TX 75710
903-597-8311 Tel
903-593-0846 Fax

Gene C. Schaerr
gschaerr@winston.com
Geoffrey P. Eaton
geaton@winston.com
John Moss
jwmoss@winston.com
Jacob Loshin
jloshin@winston.com
Winston & Strawn - DC
1700 K Stereet, NW
Washington, DC 20006
202-282-5000 Tel
202-282-5100 Fax

Peter C. McCabe, III
pmccabe@winston.com
Winston & Strawn - Chicago
35 W Wacker Drive
Chicago, IL 60601
312-558-5600 Tel
312-558-5700 Fax

**ATTORNEYS FOR HYUNDAI MOTOR AMERICA, INC.**

MUNCK CARTER LLP                                   THOMPSON COBURN - ST. LOUIS

By:   /s/ Jennifer Beth Ingram                By:   /s/ Dean Franklin
     Jamil N. Alibhai                                     Dean Franklin
     Bar No. 00793248                                     dfranklin@thompsoncoburn.com
     jalibhai@munckcarter.com                             Mathew A. Braunel
     Jennifer B. Ingram                                   mbraunel@thompsoncoburn.com
     Bar No. 24038972                                     One US Bank Plaza
     jingram@munckcarter.com                              27th Floor
     12770 Coit Road                                      St. Louis, MO 63101
     Suite 600                                            Telephone: (314) 552-6106
     Dallas, TX 75251                                     Fax: (314) 552-7106
     Telephone: (972) 628-3600
     Fax: (972) 628-3616                             **ATTORNEYS FOR DEFENDANTS**
                                                **GANDER MOUNTAIN COMPANY**
**ATTORNEYS FOR DEFENDANTS**                    **OVERTON'S, INC.**
**GAMESTOP CORP.**
**GAMESTOP, INC.**
**GAMESTOP.COM, INC.**

ZARIAN MIDGLEY & JOHNSON, PPLC      ORRICK HERRINGTON & SUTCLIFFE - IRVINE

By:    /s/ Lane M. Chitwood               By:    /s/ M.P. Wine (Mark) LEAD

       Lane M. Chitwood                                 M.P. Wine
       chitwood@zmjlaw.com                      mwine@orrick.com
       Matthew Whipple                                    Andrew De La Cruz
       whipple@zmjlaw.com                        adelacruz@orrick.com
       John N. Zarian                                         Benjamin Lin
       zarian@zmjlaw.com                              blin@orrick.com
       Cathy Pontak                                            Cynthia A. Lock
       pontak@zmjlaw.com                             clock@orrick.com
       960 Broadway Avenue                        4 Park Plaza
       Suite 2500                                                 Suite 1600
       Boise, ID 83706                                       Irvine, CA 92614
       Debra Elaine Gunter                         Telephone: (949) 567-6700
       debby@yw-lawfirm.com                   Fax: (949) 567-6710
       Herbert A. Yarbrough, III
       trey@ yw-lawfirm.com                        Bobby L. Vincent
       100 E. Ferguson Street                     lancev@rllawfirm.net
       Suite 1015                                             gayf@ rllawfirm.net
       Tyler, TX 75702                                   RITCHESON LAUFFER VINCENT &
       Telephone: (903) 595-3111             DUKES
                                                             2 American Center
       **ATTORNEYS FOR DEFENDANTS**     821 ESE Loop 323, Suite 530
       **NEWEGG INC.**                                    Tyler, TX 75701
       **NEWEGG.COM INC.**

                                                             **ATTORNEYS FOR DEFENDANT**
                                                            **THE TIMBERLAND COMPANY**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on February 8, 2011. Any other counsel of record will be served by facsimile transmission and first class mail.

*/s/ Eric W. Buether*
Eric W. Buether