**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **SFA SYSTEMS, LLC** | § | |
| Plaintiff | § | |
| vs. | § | **CASE NO. 6:09-CV-340** |
| | § | **PATENT CASE** |
| 1-800-FLOWERS.COM, INC., et al | § | |
| Defendants. | § | |
| | | |
| **SFA SYSTEMS, LLC** | § | |
| Plaintiff, | § | |
| vs. | § | **CASE NO. 6:10-CV-300** |
| | § | **PATENT CASE** |
| BIGMACHINES, INC., ET AL. | § | |
| Defendants. | § | |

**ORDER**

Having reviewed the parties' Joint Claim Construction and Prehearing Statement, the Court notes that the parties intend to resubmit for construction terms that the Court has previously construed. The Court understands the parties' need to preserve their rights for appeal but desires to minimize the time spent by the Court on previously construed terms. Accordingly, the Court **ORDERS** the parties to meet and confer regarding preserving the parties' arguments for appeal without resubmitting previously construed terms for construction. The Court **ORDERS** the parties to submit such a plan by February 22, 2011 or show good cause why previously construed terms must be resubmitted for construction.

**So ORDERED and SIGNED this 11th day of February, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**