# Exhibit E

Dictionary Home » Computer Definitions » event management system

- Computer Definitions
- Images

# event management system - Computer Dictionary Definition

**event management system**

Software that monitors servers, workstations and network devices for routine and non-routine events. For example, routine events such as logins help determine network usage, while unsuccessful logins are warnings that crackers may be at work or that the network access system is failing. Event managers provide real-time information for immediate use and log events for summary reporting used to analyze network performance.

An event management system is typically made up of client agents that reside in the remote devices, a central component for gathering the events, an event database and a reporting system to deliver the results in various formats. See service level management system and application management system.