# Exhibit O

US006154875A

# United States Patent [19]

## Tanaka et al.

[11] **Patent Number:** **6,154,875**

[45] **Date of Patent:** **Nov. 28, 2000**

[54] **GRAPHICAL PROGRAMMING SYSTEM THAT ALLOWS EASY HANDLING OF DATA STRUCTURES AND CREATION OF PROGRAMS BY MANIPULATING GRAPHIC COMPONENTS**

[75] Inventors: **Yuzuru Tanaka**, Sapporo; **Satoshi Kikuchi**; **Takamoto Imataki**, both of Kawasaki; **Koichi Sakamoto**; **Munechika Nishida**, both of Yokohama, all of Japan

[73] Assignees: **Fujitsu Limited**, Kawasaki; **Hitachi Software Engineering Co., Ltd.**, Yokohama, both of Japan

[21] Appl. No.: **08/982,706**

[22] Filed: **Dec. 2, 1997**

### Related U.S. Application Data

[63] Continuation of application No. 08/314,305, Sep. 30, 1994, abandoned.

[30] **Foreign Application Priority Data**

Dec. 28, 1993 [JP] Japan ..................................... 5-338166

[51] Int. Cl.[7] ........................................ G06F 9/45

[52] U.S. Cl. ....................................................... 717/2

[58] Field of Search ........................... 379/211; 345/346, 345/331; 395/670, 500, 702; 365/52; 717/2, 1

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,656,605 | 4/1987 | Dunn | 365/52 |
| 4,860,204 | 8/1989 | Gendron et al. | 364/300 |
| 4,928,247 | 5/1990 | Doyle et al. | 395/356 |
| 5,107,443 | 4/1992 | Smith et al. | 345/331 |
| 5,155,822 | 10/1992 | Doyle et al. | 711/202 |
| 5,301,301 | 4/1994 | Kodosky et al. | 395/500 |
| 5,392,207 | 2/1995 | Wilson et al. | 364/167.01 |
| 5,410,702 | 4/1995 | Abraham et al. | 395/670 |
| 5,416,900 | 5/1995 | Blanchard et al. | 345/346 |
| 5,485,615 | 1/1996 | Wynnmer | 395/700 |
| 5,487,111 | 1/1996 | Cain et al. | 379/211 |
| 5,491,780 | 2/1996 | Fyles et al. | 395/153 |
| 5,553,224 | 9/1996 | Saund et al. | 345/433 |
| 5,754,808 | 5/1998 | Tanaka et al. | 345/339 |
| 5,850,548 | 12/1998 | Williams | 717/1 |
| 5,872,973 | 2/1999 | Mitchell et al. | 709/305 |
| 5,907,704 | 5/1999 | Gudmundson et al. | 717/1 |
| 5,978,582 | 11/1999 | McDonald et al. | 717/2 |

#### OTHER PUBLICATIONS

"Borland Paradox For Windows: Guide to ObjectPAL". Borland International, 1996, pp. 1, 138–143.

Title: Template Based Mapping of Application Data to Interactive Display, Author: Pedro Szekely, Source: ACM, 1990.

Title: Contracts: Specifying Behavioral Compositions in Object–Oriented System, Author: Helm et al, source, ACM, 1990.

Title: Applying Algorithm Animiation Techniques for Program tracing, Debugging, and Understanding, Author: Mukherjee, source: IEEE, 1993.

*Primary Examiner*—Tariq R. Hafiz
*Assistant Examiner*—Chameli Chaudhuridas
*Attorney, Agent, or Firm*—Staas & Halsey, LLP

[57] **ABSTRACT**

A graphical programming system (1) allows a user to visually create a program. The system employs and input unit (12) and a display (11). The system includes, for example, a graphic-component memory (3) storing graphic components each corresponding to a program that achieves a task such as an operation task or a database task, and displaying the graphic components on the display (11), a task memory (5) storing the programs corresponding to the graphic components and providing the graphic-component memory (3) with data obtained by executing the programs, and a graphic component generator (6) automatically generating data on the graphic components and storing the data in the graphic-component memory (3).

**11 Claims, 21 Drawing Sheets**



# Fig.1



GRAPHICAL PROGRAMMING SYSTEM — 1

DATA STRUCTURE CONVERTER — 4a

REPRESENTATIVE-VALUE CHANGER — 7

PROCESS STRUCTURE CONVERTER — 4b

GRAPHIC-COMPONENT GENERATOR — 6

GRAPHIC-COMPONENT MEMORY — 3

DATA LINK UNIT — 8

TASK MEMORY — 5

INCLUSIVE-RELATIONSHIP MANAGER — 10

EVENT MANAGER — 9

INCLUSIVE-RELATIONSHIP SPECIFIER — 2

INPUT UNIT — 12

DISPLAY — 11

ANOTHER DISPLAY



# Fig. 2B

| GRAPHIC-COMPONENT DATA |
| --- |
| SIZE |
| INTERLOCK PROCESS |
| TASK |
| DATA STRUCTURE |
| REPRESENTATIVE IDENTIFIER |
| PARTNER IDENTIFIER |

3a

| |
| --- |
| SIZE |
| INTERLOCK PROCESS |
| TASK |
| DATA STRUCTURE |
| REPRESENTATIVE IDENTIFIER |
| PARTNER IDENTIFIER |

| |
| --- |
| SIZE |
| INTERLOCK PROCESS |
| TASK |
| DATA STRUCTURE |
| REPRESENTATIVE IDENTIFIER |
| PARTNER IDENTIFIER |

# Fig.3



START

PREPARE DATA FOR GRAPHIC COMPONENT AND SET ADDRESS OF CORRESPONDING TASK. — S1

READ NUMBER OF DATA VALUES TO BE INPUT AND OUTPUT WITH RESPECT TO TASK. — S2

PREPARE DATA STRUCTURE FOR GRAPHIC COMPONENT. — S3

PREPARE DATA IDENTIFIERS IN DATA STRUCTURE. — S4

SET "NIL" FOR PARTNER IDENTIFIER. — S5

SET ADDRESS OF INTERLOCK PROCESS AND GENERATE INTERLOCK PROCESS. — S6

SET SIZE OF GRAPHIC COMPONENT. — S7

EXECUTE INTERLOCK PROCESS. — S8

END



Fig. 4

START
SELECT GRAPHIC COMPONENT TO UPDATE.
S1
SELECT DATA IDENTIFIER TO UPDATE.
S2
SET UPDATE VALUE.
S3
UPDATE GRAPHIC COMPONENT.
S4
UPDATED DATA IDENTIFIER= REPRESENTATIVE VALUE ?
S5
NO
YES
PARTNER IDENTIFIER≠NIL ?
S6
NO
YES
RETRIEVE PARENT COMPONENT.
S7
INCLUSIVE-RELATIONSHIP MANAGER HAS PARENT COMPONENT ?
S8
NO
YES
FIND PARENT COMPONENT ACCORDING TO PARTNER IDENTIFIER.
S9
SELECT REPRESENTATIVE VALUE OF PARENT COMPONENT TO UPDATE.
S10
SELECT PARENT COMPONENT FOR OBJECT TO UPDATE.
S11
SET PARENT COMPONENT AS PRESENT COMPONENT.
S12
TO S13

# Fig. 5



FROM S5, S6, OR S8

RETRIEVE CHILD COMPONENT
AND WRITE IT IN TRANSFER LIST.    S13

TRANSFER LIST EMPTY
?    S14

YES

NO

SELECT ONE COMPONENT IN
TRANSFER LIST TO UPDATE.    S15

SELECT DATA IDENTIFIER OF
REPRESENTATIVE VALUE TO UPDATE.    S16

SELECT DATA ACCORDING TO PARTNER
IDENTIFIER TO UPDATE.    S17

CARRY OUT UPDATE PROCESS.    S18

SET UPDATED COMPONENT AS
PRESENT COMPONENT.    S19

END

# Fig. 6



# Fig.7



# Fig.8



# F i g.9



# Fig.10



# Fig.11



# Fig.12



# Fig.13A



RDB LINK COMPONENT

# Fig.13B



RDB-LINK
COMPONENT

TABLE-
DISPLAY
COMPONENT

GRAPH-DISPLAY
COMPONENT

Fig.14



# F i g.15



# Fig.16A



# Fig.16B



# Ｆｉｇ.17A



# Ｆｉｇ.17B



# Fig.18A



# Fig.18B



# Fig.19A



# Fig.19B



# Fig.20



# Fig.21



6,154,875

1

# GRAPHICAL PROGRAMMING SYSTEM THAT ALLOWS EASY HANDLING OF DATA STRUCTURES AND CREATION OF PROGRAMS BY MANIPULATING GRAPHIC COMPONENTS

This application is a continuation of application Ser. No. 08/314,305, filed Sep. 30, 1994, now abandoned.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to a programming system, and particularly, to a graphical programming system that displays graphic components each corresponding to a program that carries out a task such as an operation task or a database task. A user directly controls the graphic components with, for example, a mouse, to make a program.

This programming system enables a user to freely combine the graphic components and easily create or edit application programs.

This programming system enables a plurality of computers to share, through a network, events caused by users or changes occurring in displayed images. Namely, the system allows the users of the computers to cooperate with one another through the network. This system is applicable to education and game fields.

### 2. Description of the Related Art

A conventional programming technique must have a plurality of libraries each containing a plurality of programs. Each of the programs carries out a task such as an operation task or a database task. A programmer employs an editor and a programming language to write a source file to call the libraries and determine an execution order of the libraries and a method of handling data. The source file is compiled into a relocatable object file having undefined addresses. The object file is linked by a linker to libraries required for arithmetic operations, database processes, and graphic processes, to form a computer-executable program written in a machine language having defined addresses. The executable program is loaded into a computer. Alternatively, instructions in the source program are successively interpreted for a computer by an interpreter.

A GUI (graphical user interface) is useful to create programs. This technique, however, requires a programmer to write programs. For example, a programmer draws a button on a display and writes an application program to be executed upon the operation of the button. To write programs, the programmer must use libraries. The libraries have different function interfaces. Namely, the libraries have different data-call formats, data types, and description formats, so that no one can prepare a program without the knowledge of the libraries.

Programming languages used for a conventional programming system are difficult to grasp in terms of links among data. Accordingly, the conventional programming system only allows programmers to write programs and keeps end users away from programming computers.

There is a programming method that employs icons each representing a function. A user connects the icons with lines, to make a program. The program thus made is, however, usually not reusable. Namely, there is a problem that the program cannot be utilized as an intellectual asset.

Programmers must classify data into numeric data and character data for a conventional programming system. This may cause errors when preparing a program that handles a

2

complicated data structure because such a complicated data structure is very difficult to read.

When a plurality of computers are connected to cooperate together, the conventional system requires the computers to be adjusted whenever the operational configuration is changed.

In a program prepared by the conventional programming system, it is difficult to distinguish tasks in the program from one another. If a subsidiary task takes place in a main task, the subsidiary task must be written in a separate block in the program, or it must be clarified by indents. To graphically display the relationship between the subsidiary and main tasks, another program must be created, compiled, and interpreted.

## SUMMARY OF THE INVENTION

An object of the present invention is to provide a programming system that allows not only programmers but also general users to easily create programs.

Another object of the present invention is to provide a programming system capable of creating visual programs that are reusable through duplication, deletion, synthesis, and decomposition.

Still another object of the present invention is to provide a programming system that allows users to visually create programs having complicated but easy-to-read data structures, without errors.

Still another object of the present invention is to provide a programming system capable of carrying out different cooperative operations in a network of computers without changing the configurations of the computers.

Still another object of the present invention is to provide a programming system employing graphic components each corresponding to a specific task. The graphic components are visually combined together to form a new program that achieves a combination of the corresponding tasks. The program thus formed is easy to read and requires no compilation or interpretation.

In order to accomplish the above objects, the present invention provides a graphical programming system having:

a unit relating a graphic component to a program;

an inclusive-relationship specifier establishing inclusive relationships (parent-child relationships) among graphic components so that one of the graphic components transmits data to another; and

a unit generating a program for a new graphic component including of at least two graphic components that are inclusively related to each other.

FIG. 1 shows the principle of the present invention. An input unit 12 is, for example, a keyboard or a mouse. A user enters data through the input unit 12 into a graphical programming system 1, which displays data on a display 11 such as a CRT. The system 1 has:

a graphic-component memory 3 storing graphic components each corresponding to a program executing a task such as an operation task or a database task, and displaying the graphic components on the display 11;

a task memory 5 storing the programs corresponding to the graphic components and providing the graphic-component memory 3 with results of execution of the programs; and

a graphic-component generator 6 automatically generating data for visualizing the graphic components and storing the generated data in the graphic-component memory 3.

6,154,875

3

According to the present invention, a graphical programming system for letting a user enter instructions through an input unit 12 to manipulate graphic components displayed on a display 11, to create a new graphic component and a corresponding new program, has:

a graphic-component memory 3 storing data on graphic components each corresponding to a program executing a task such as an operation task or a database task, and displaying the graphic components on the display 11;

a task memory 5 storing the programs corresponding to the graphic components and providing the graphic-component memory 3 with results of execution of the programs;

an inclusive-relationship specifier 2 establishing an inclusive relationship among graphic components displayed on the display 11 according to instructions entered through the input unit 12;

an inclusive-relationship manager 10 storing the established inclusive relationship; and

a data link unit 8 transferring data among the graphic components according to the relationships stored in the inclusive-relationship manager 10.

The system 1 may have a representative-value changer 7 selecting, as a representative value of a given graphic component, a value corresponding to a most-frequently-used port among ports that are contained in a data structure 3b of the given graphic component and are used for data transmission with another graphic component.

The data structure 3b is in the graphic-component memory 3, to temporarily store data to be transmitted to another graphic component through the ports, and store data from the task memory 5.

The system 1 may have a process structure converter 4b determining the process structure of a program corresponding to a new graphic component created by inclusively relating original graphic components.

The system 1 may have a data structure converter 4a determining the data structure (numeric or character) of a given graphic component.

The data link unit 8 may have an interface transferring any kind of data among graphic components.

A plurality of the systems 1 may cooperate with one another. In this case, each of the systems 1 is provided with an event manager 9, which forms a shared area on the display 11 so that an event occurring in the shared area due to an operation through the input unit 12 or due to a change in displayed images is shared by the systems 1.

The graphical programming system according to the present invention uses graphic components as representatives of libraries of functions. A user visually handles these graphic components with an input unit, to create a new graphic component, i.e., a new program.

The graphical programming system according to the present invention forms a shared area on the display of each of computers, so that the computers cooperate with one another through the shared area. Each computer can independently execute its own task in the remaining area excluding the shared area on the display.

BRIEF DESCRIPTION OF THE DRAWINGS

Other objects and features of the present invention will be described hereinafter in detail by way of preferred embodiments with reference to the accompanying drawings, in which:

4

FIG. 1 shows the principle of the present invention;

FIG. 2A shows the details of a graphic-component memory and a task memory according to the present invention;

FIG. 2B shows the details of graphic-component data 3a;

FIG. 3 is a flowchart showing steps taken by a graphic-component generator;

FIG. 4 is a flowchart showing the first half of steps taken by a data link unit;

FIG. 5 is a flowchart showing the second half of the steps taken by the data link unit;

FIG. 6 is a flowchart showing steps taken by the data link unit when updating graphic components;

FIG. 7 is a flowchart showing the steps of interlocking and drawing graphic components;

FIG. 8 is a flowchart showing the steps of interlocking graphic components when an event occurs;

FIG. 9 is a flowchart showing the steps of generating a new process structure according to pasted graphic components;

FIG. 10 is a flowchart showing the steps of generating a new data structure according to pasted graphic components;

FIG. 11 is a flowchart showing the steps of distributing an event;

FIG. 12 shows a first embodiment of the present invention;

FIG. 13A shows an RDB (relational database) link component according to a second embodiment of the present invention;

FIG. 13B shows a graph-display component and a table-display component to be pasted, according to the second embodiment;

FIG. 14 shows a third embodiment of the present invention;

FIG. 15 shows a fourth embodiment of the present invention;

FIG. 16A shows an operation of copying graphic components according to the present invention;

FIG. 16B shows an operation of peeling a graphic component according to the present invention;

FIG. 17A shows graphic components to be pasted according to the present invention;

FIG. 17B shows the pasted graphic components according to the present invention;

FIG. 18A shows graphic components to achieve a branching operation according to the present invention;

FIG. 18B shows the graphic components to achieve the branching operation;

FIG. 19A shows two graphic components to be moved to create a new graphic component according to the present invention;

FIG. 19B shows the new graphic component created from the two graphic components;

FIG. 20 shows an operation of copying a graphic component involving different data structures according to the present invention; and

FIG. 21 shows two identical graphic components each involving different data structures, pasted on a dictionary graphic component, according to the present invention.

DESCRIPTION OF THE PREFERRED EMBODIMENTS

FIG. 1 shows the principle of a graphical programming system 1 according to the present invention. A user manipu-

6,154,875

5

lates an input unit **12** such as a keyboard or a mouse, to enter instructions into the system **1**. The system **1** has a CPU and memories to display data on a display **11**, such as a CRT, according to the instructions. The system **1** has an inclusive-relationship specifier **2**, a graphic-component memory **3**, a data-structure converter **4***a*, a process-structure converter **4***b*, a task memory **5**, a graphic-component generator **6**, a representative-value changer **7**, a data-link unit **8**, an event manager **9**, and an inclusive-relationship manager **10**.

The inclusive-relationship specifier **2** receives user's instructions through the input unit **12**, moves a child graphic component onto a parent graphic component on the display **11** according to the instructions, and inclusively relates the parent and child graphic components to each other. The output of the parent component is passed to the child component. The inclusive-relationship specifier **2** edits the inclusive relationship between graphic components by copying, deleting, combining, or decomposing the graphic components. The inclusive relationship is synonymous with the parent-child relationship between graphic components one of which serves as a parent and is arranged under the other that serves as a child component on the display **11**.

FIG. 2A shows the details of the graphic-component memory **3** and task memory **5**. The display **11** in FIG. 2A shows a graphic component A, i.e., a base sheet, a graphic component B, i.e., a meter disposed on the graphic component A, and a graphic component C, i.e., a slider having a graphic component D, i.e., a cursor. The cursor D and an indicator of the meter B move in response to each other. The inclusive-relationship manager **10** shows that the graphic component A is the parent of the graphic component B.

The graphic-component memory **3** stores, for each graphic component, graphic-component data **3***a* which is shown in detail in FIG. 2B, data-structure data **3***b*, and interlock data **3***c*. The graphic-component data **3***a* include the size, link process, task, data structure, representative-value identifier, and partner identifier of each graphic component. The data-structure data **3***b* include, for each graphic component, data identifiers for slots, i.e., I/O ports with respect to another graphic component, and data values corresponding to the data identifiers. The interlock data **3***c* include, for each graphic component, data for displaying the graphic component on the display **11**.

A method of creating a graphic component corresponding to a program for executing a task such as an operation task or an RDB (relational database) task will now be explained. A component-definition file is automatically prepared from a slot-definition file that combines numeric and character data and a program file for the task. A language processor forms an object file according to the component-definition file. A linker links graphic processing libraries and operation libraries or RDB process libraries to be required, to form a dynamic rib library in an executable format. The dynamic rib library is loaded into the system **1**, which displays the graphic component on the display **11**. Instructions to generate such a graphic component are called component-generation instructions. The created graphic component is visually manipulated on the display **11** by a user.

The data-structure converter **4***a* receives data from the inclusive-relationship specifier **2** and graphic-component memory **3**, determines the data structure of a new graphic component according to the data structure of original graphic components, and provides the graphic-component memory **3** with the determined data structure for the new graphic component.

The process structure converter **4***b* receives data from the inclusive-relationship specifier **2** and graphic-component

6

memory **3**, determines the process structure of the new graphic component according to the process structures of the original graphic components, and provides the graphic-component memory **3** with the determined process structure for the new graphic component.

The task memory **5** stores programs each including a string of instructions to describe the task of the corresponding graphic component. The task memory **5** provides the graphic-component memory **3** with results of execution of a program corresponding to a given graphic component, to update values of data identifiers of the given graphic component in the data-structure data **3***b*.

The graphic-component generator **6** automatically generates the graphic-component data **3***a*, data-structure data **3***b*, and interlock data **3***c* in the graphic-component memory **3**, to visualize corresponding graphic components. Instead of generating these data by the graphic-component generator **6**, they may be entered by a user into the graphic-component memory **3**.

The representative-value changer **7** determines, for a given graphic component, a representative value according to a representative-value identifier contained in the graphic-component data **3***a* of the given graphic component. The representative-value identifier specifies one of the data identifiers contained in the data-structure data **3***b*, and the specified data identifier indicates the representative-value that is passed through a main slot of the given graphic component. The representative value is changed when the graphic-component data **3***a* are updated. The representative-value changer **7** selects, as a representative value of a given graphic component, a value corresponding to a most-frequently-used port among ports that are contained in a data structure of the given graphic component and are used for data transmission with another graphic component.

The data link unit **8** transfers data between parent and child graphic components according to a parent-child relationship stored in the inclusive-relationship manager **10**. The parent and child graphic components have standardized interfaces, so that the data link unit **8** can transfer data between any parent-child combination of graphic components.

The event manager **9** copies shared graphic components from a master display **11** to slave displays (not shown). Accordingly, an event caused by a mouse operation or by a change in an image on any one of the displays is shared by all displays through a server-and-client communication system.

The inclusive-relationship manager **10** stores parent-child relationships among graphic components displayed on the display **11**, and the data link unit **8** transfers data between parent and child graphic components through their main slots.

FIG. 3 is a flowchart showing steps taken by the graphic-component generator **6**. Step S1 generates data **3***a* for each graphic component and sets the address of a corresponding task. Step S2 reads the number of values to be input and output with respect to the task out of a generator definition statement. Step S3 prepares data-structure data **3***b* for the graphic-component data **3***a*. Step S4 sequentially writes data identifiers contained in the data-structure data **3***b*. Step S5 sets "nil" in a partner identifier. Step S6 sets the address of an interlock process and generates the interlock process, which is a program for drawing the graphic component. Step S7 sets the size of an area for the graphic component to a reference value or a specified value. Step S8 carries out the interlock process to draw the graphic component on the display **11**. The flow then ends.

6,154,875

7

FIG. 4 is the first half of steps taken by the data link unit **8**, and FIG. **5** is the second half thereof. Step S1 sets a specified graphic component as a component to update. Step S2 sets a specified data identifier as data to update. Step S3 sets a specified value as an update value. Step S4 carries out an update process. Step S5 determines whether or not the data identifier whose value has been updated corresponds to a representative value. If it corresponds to the representative value, step S6 is carried out, and if not, step S13 is carried out. The step S6 determines whether or not a partner identifier is "nil." If it is not "nil," step S7 is carried out, and if it is "nil," the step S13 is carried out. The step S7 retrieves a parent component according to data in the inclusive-relationship manager **10**. Step S8 determines whether or not the data in the manager **10** include the parent component. If they include the parent component, step S9 is carried out, and if not, the step S13 is carried out. The step S9 sets the partner identifier as data to update. Step S10 sets the representative value of the parent component as a value to update. Step S11 sets the parent component as a component to update. Step S12 sets the parent component as a present component, and the flow returns to the step S4.

After the step S5, S6, or S8, the step S13 retrieves a child component in the inclusive-relationship manager **10** and writes the child component in a transfer list. Step S14 determines whether or not the transfer list is empty. If it is empty, the flow ends, and if not, the flow goes to step S15. The step S15 extracts a component out of the transfer list and sets the same as a component to update. Step S16 sets a data identifier corresponding to a representative value as data to update. Step S17 sets, as an update value, a data value specified by the partner identifier of the update component. Step S18 carries out an update process. Step S19 sets the component to update as a present component, and the flow returns to the step S13.

FIG. 6 is a flowchart showing the update process carried out by the data link unit **8**. Step S1 updates values corresponding to data identifiers of a graphic component to be updated. Step S2 provides a task corresponding to the graphic component in question with the values of the data identifiers and carries out a string of instructions of the task. Step S3 determines whether or not the data values have been changed due to the execution of the instructions. If they have been changed, the flow goes to step S4, and if not, the flow ends. The step S4 updates the data values of the data identifiers. Step S5 carries out an interlock process to display the graphic component. Step S6 stores the changed values and data identifiers. The flow then ends.

FIG. 7 is a flowchart showing the interlock process for drawing a graphic component. If values in the data-structure data 3b have been changed, the data link unit 8 calls the event manager 9, to carry out the interlock process. Step S1 calculates the attributes such as the position, size, shape, and color of the graphic component in question according to data values in the data-structure data 3b. Step S2 determines whether or not there is a change in the graphic component to be displayed. If there is a change, step S3 is carried out, and if not, the flow ends. The step S3 calculates the size of an area for drawing the graphic component and sets the size in the graphic-component data 3a. Step S4 draws the graphic component on the display **11**. Step S5 informs the event manager 9 of the change in the graphic component. Then, the flow ends. The interlock process corresponds to, for example, an edit program for moving the indicator of the meter B in FIG. 2.

FIG. 8 is a flowchart showing steps to deal with an event. When an event occurs to change any graphic component on

8

the display **11**, the event manager 9 calls an interlock process to rewrite data. Step S1 determines whether or not an event to change a graphic component has occurred. If it has occurred, step S2 is carried out, and if not, step S5 is carried out. The step S2 calculates the attributes such as the position, size, and shape of the graphic component in question. Step S3 calculates the size of an area for drawing the graphic component and sets the size in the graphic-component data 3a. Step S4 draws the graphic component on the display **11**. The step S5 determines whether or not data values in the data-structure data 3b must be changed due to the event. If they must be changed, the flow goes to step S6, and if not, the flow ends. The step S6 determines data identifiers corresponding to the data values to be changed, and calculates new values. Step S7 calls the data link unit **8** to set the calculated values in the data-structure data 3b.

FIG. 9 is a flowchart showing the steps of generating a new process structure by pasting original structures. Step S1 creates a graphic component A having an empty task. Step S2 registers a highest parent in a temporary memory. Step S3 determines whether or not the temporary memory is empty. If it is empty, the flow ends, and if not, step S4 picks out one graphic component P from the temporary memory. Step S5 adds a task corresponding to the component P to the task of the component A. Step S6 deletes the component P from the temporary memory. Step S7 determines whether or not the component P has a child. If it has a child, the flow goes to step S8, and if not, the flow returns to the step S3. The step S8 registers all children of the component P in the temporary memory.

FIG. 10 is a flowchart showing the steps of generating a new data structure by pasting original structures. Step S1 generates a graphic component A having an empty data structure. Step S2 registers a highest parent in the temporary memory. Step S3 determines whether or not the temporary memory is empty. If it is empty, the flow ends, and if not, step S4 picks out a component P from the temporary memory. Step S5 adds the data structure of the component P to the data structure of the component A. Step S6 deletes the component P from the temporary memory. Step S7 determines whether or not the component P has a child. If it has a child, the flow goes to step S8, and if not, the flow returns to the step S3. The step S8 registers all children of the component P in the temporary memory.

FIG. 11 is a flowchart showing the steps of distributing an event. Step S1 determines whether or not a status change, i.e., an event has occurred in a given area. If it has occurred, the flow goes to step S2, and if not, the flow ends. The step S2 determines whether or not there is any party that shares the area. If there is, step S3 distributes the event to all parties that share the area, and if not, the flow ends.

FIG. 12 shows the first embodiment of the present invention. An upper part of a display **30** shows a graphic component **31** having a four-arithmetic-rule function, a graphic component **32** having an input function, a graphic component **33** having a bar-graph function, and a graphic component **34** having an image-display function. These components are stored in the graphical programming system of the present invention in advance, and a menu of the components is displayed on the display **30**. Any of the components can be selected in the menu with a mouse and be displayed on the display. A lower part of the display **30** shows the component **31** on which the components **32** to **34** are pasted. Numeric data written on the input component **32** are passed to the four-arithmetic-rule component **31**. If the representative value of the component **31** is addition, the numeric data are subjected to addition, and the result is supplied to the

6,154,875

9

bar-graph component **33** and image-display component **34**. Consequently, the bar of the component **33** and the image of the component **34** change. For example, an image of a person in the component **34** runs or lies accordingly. The input component **32** and bar-graph component **33** are GUI components. Standardized GUI components can be intellectual assets enabling any user to create new components representing new programs only by manipulating the standardized components without complicated programming techniques. The new components will be kept as new intellectual property.

FIGS. **13A** and **13B** show the second embodiment of the present invention, in which FIG. **13A** shows an RDB (relational database) link component and FIG. **13B** shows a graph-display component and a table-display component that are pasted on the RDB-link component. This embodiment reads data out of an RDB, writes data in the rows and columns of a table, and plots a graph. When the graph-display component and table-display component are pasted onto the RDB-link component, data are automatically read out of the RDB. The read data are written in the rows and columns of the table-display component, to draw the graphic-display component. When the graph-display and table-display components are pasted onto the RDB-link component, slots, i.e., ports of the RDB-link component to be connected to the graph-display and table-display components are determined. Some slots of the RDB-link component are connected to the RDB, to retrieve data necessary for the graph-display and table-display components out of the RDB.

FIG. **14** shows the third embodiment of the present invention. Computers A, B, and C cooperate with one another and share events that occur in cooperation areas. The computers A, B, and C have displays **41**, **42**, and **43**, respectively. Each of the displays has the cooperation area, i.e., a cooperation component **44**. Any event that occurs in the cooperation component **44** is shared by the computers A, B, and C. The remaining area in each of the displays **41**, **42**, and **43** is used by the corresponding computer independently of the other computers. For example, the computer A is used by a teacher, and the computers B and C by students. Each of the students can separately use the remaining area excluding the area **44**. If one of the students causes an event by operating a mouse or by changing images in the area **44**, the same event occurs in the displays of the other student and teacher, so that the teacher can know the change caused by the student in the area **44**.

FIG. **15** shows the fourth embodiment of the present invention. A display **51** manages the positions, display conditions, and inclusive relationships of graphic components A, B, and C displayed thereon. An inclusive relationship specifier **52** inclusively relates the graphic components displayed on the display **51**. A graphic-component memory **53** mainly stores functions related to the displayed graphic components. A structure converter **54** forms a new graphic component having a new structure by changing the data structures and/or process structures of the original graphic components. An inclusive-relationship manager **51'** manages the inclusive relationships (parent-child relationships) of the displayed graphic components. Namely, the inclusive-relationship manager **51'** manages the state that A is the parent of B, and B is the parent of C. The graphic-component memory **53** stores a table of the inclusive relationships of the components A, B, and C. The component A corresponds to an input process for receiving data from an input device, the component B corresponds to a filter process for processing the input data and providing output data, and the component

10

C corresponds to an output process for providing an output device with the output data. The structure converter **54** arranges a parent component on the input side and a child component on the output side in each process. When the component B is put on the component A, and the component C on the component B with a mouse, the inclusive-relationship specifier **52** inclusively relates these components to one another, to define a series of processes including a process of filtering data from an input device and a process of transferring the filtered data to an output device.

FIGS. **16A** and **16B** show examples of handling graphic components according to the present invention, in which FIG. **16A** shows copying graphic components and FIG. **16B** shows peeling a graphic component. FIG. **16A** shows graphic components A, B, and C in which A is the parent of B, and B is the parent of C. The components A, B, and C form a graphic component **61**. When the right button of a mouse is clicked, a menu is displayed. In the menu, the left button of the mouse may be clicked on a menu item COPY. A handle **60** of the component **61** is pointed to and dragged by the mouse, and the left button of the mouse is clicked at a required position, to make a copy component **62** of the original component **61**. The components **61** and **62** are usable independently of each other. The components A, B, and C are separately processed into components A', B', and C' after the copying. The upper part of FIG. **16B** shows a graphic component **63** consisting of graphic components A, B, and C. The component C is dragged by a mouse to a required position. As a result, the component C is peeled off the component **63**. Then, the component **63** only receives and processes an input. The lower part of FIG. **16B** shows a graphic component **65** consisting of graphic components A', B', and C'. The component B' is dragged by the mouse to a required position. Namely, the components B' and C' are peeled off the component **65**, to form a component **66**, which processes data and provides an output.

FIGS. **17A** and **17B** show an example of pasting graphic components according to the present invention, in which FIG. **17A** shows the graphic components before pasting and FIG. **17B** shows the same after pasting. In FIG. **17A**, a graphic component **67** consists of graphic components B' and C', and a graphic component **68** consists of graphic components A and B. In FIG. **17B**, the graphic component **67** is pasted onto the graphic component **68**, to form a new graphic component **69**. In the component **69**, input data to the component A are repeatedly processed by the components B and B', and a result is provided to the component C'.

FIGS. **18A** and **18B** show an example of forming a graphic component that executes a branching operation according to the present invention, in which FIG. **18A** shows original graphic components and FIG. **18B** shows a new graphic component prepared from the original ones. A branching-operation component **73** examines input data and determines a process to be executed. An input-process component **74** processes input data from an input device, and an output-process component **75** provides an output device with output data. The component **74** is dragged by a mouse onto the right side of "IF" on the component **73**. The component **75** is dragged by the mouse to the right side of "THEN" on the component **73**, thereby forming the branching-operation component **73** that executes a process depending on input conditions.

FIGS. **19A** and **19B** show an example of moving two graphic components having different data structures, to form a graphic component having a different data structure, according to the present invention. FIG. **19A** shows original graphic components and FIG. **19B** shows a new graphic

6,154,875

11

component prepared from the original ones. In FIG. 19A, a component 77 has numeric data, and a component 78 has character data. The components 77 and 78 are pasted onto an empty component 79. In FIG. 19B, the pasted components 77, 78, and 79 form a new component 79. The component 79 is a graphic component to form a data structure.

FIG. 20 shows an example of copying a graphic component having different data structures. A component 77 has numeric data, and a component 78 has character data. These components 77 and 78 are moved onto a dictionary component, to form a component 79. The component 79 is copied to form an identical component 83. The two identical components 79 and 83 are manipulated independently of each other. Components 81 and 82 that form the component 83 are handled independently of the component 79. The components 79 and 83 can be used as records of an RDB.

FIG. 21 shows two identical graphic components each having different data structures, pasted on a dictionary component 84. Components 79 and 83 are put on a dictionary component 84. The component 84 contains a mixture of a numeric-data component 77, a character-data component 78, a numeric-data component 81, and a character-data component 82. In this way, the present invention is capable of easily forming a component having a complicated data structure. The component 84 is applicable to copy an RDB table.

As explained above, the graphical programming system according to the present invention allows every user to create or edit an application program that is presently allowed only for programmers.

A new graphic component created from a combination of original graphic components according to the present invention is reusable for creating application programs. The functions of these components are visual, so that users may visually grasp the functions.

The present invention visually links data without programming languages. Accordingly, the linked data are easy to read.

The present invention allows users to easily handle a data structure and create a program having a complicated data structure without program errors. The data structure of the program thus created is easy to read, edit, and reuse.

The present invention simultaneously edits a graphic component and a corresponding process. Accordingly, a user can create a program by manipulating graphic components. A newly created graphic component also allows a user to visually understand the function thereof. Namely, the process corresponding to the created component is easy to read and reuse.

Although the present invention has been disclosed and described by way of embodiments, it is apparent to those skilled in the art that other embodiments and modifications of the present invention are possible without departing from the spirit or essential features thereof.

What is claimed is:

1. A graphical programming system, comprising:

means for relating a graphic component to a program, the function of the graphic component being displayed on a screen;

inclusive-relationship specifying means for inclusively relating a child graphic component to a parent graphic component so that the child graphic component transmits data to the parent graphic component or the parent graphic component transmits data to the child graphic component during execution;

12

data link means for transmitting data between the inclusively related graphic components; and

means for generating a program for a new graphic component, defining a new task, including at least the inclusively-related child and parent graphic components, and displaying the inclusively-related child and parent graphic components as the new graphic component along with the execution result of the program.

2. A graphical programming system letting a user enter instructions through input means to manipulate graphic components displayed on a display, to create a new graphic component and a corresponding new program, comprising:

graphic-component storage means for storing data on graphic components, each corresponding to a program, executing a task such as one of an operation task and a database task, and displaying the graphic components on the display so that the function of the graphic components can be understood by users;

task storage means for storing the programs corresponding to the graphic components and providing the graphic-component storage means with results of execution of the programs;

graphic-component generation means automatically generating data visualizing the graphic components corresponding to the programs stored in the task storage means and storing the generated data in the graphic-component storage means;

inclusive-relationship specifying means for inclusively relating graphic components to one another on the display according to instructions entered through the input means and allowing the graphic components to transmit data to each other during execution, and displaying the inclusively-related new graphic component on the display;

inclusive-relationship management means for storing the inclusive relationships; and

data link means for transmitting data among the graphic components according to the inclusive relationships stored in the inclusive-relationship management means.

3. The graphical programming system according to claim 2, further comprising:

representative-value changing means for selecting, as a representative value of a given graphic component, data that are included in a data structure of the given graphic component and used for data transmission with another graphic component; wherein

the data structure is in the graphic-component storage means, to temporarily store data to be transmitted to another graphic component and store data from the task.

4. The graphical programming system according to claim 3, further comprising:

process structure conversion means for determining the process structure of a program corresponding to a new graphic component created by inclusively relating original graphic components.

5. The graphical programming system according to claim 2, further comprising:

process structure conversion means for determining the process structure of a program corresponding to a new graphic component created by inclusively relating original graphic components without use of an intermediate language.

6,154,875

**13**

6. The graphical programming system according to claim 5, further comprising:

data structure conversion means for determining the data structure of a given graphic component.

7. The graphical programming system according to claim 6, wherein the data link means has an interface transferring any kind of data among graphic components.

8. The graphical programming system according to claim 7, which communicates with other graphical programming systems, further comprising:

event manager means for forming a shared area on the display so that an event occurring in the shared area due to an operation through the input means or due to a change in a displayed image is shared between the graphical programming systems.

9. The graphical programming system according to claim 6, which communicates with other graphical programming systems, further comprising:

event manager means for forming a shared area on the display so that an event occurring in the shared area due to an operation through the input means or due to a change in a displayed image is shared between the graphical programming systems.

10. A graphical programming system, comprising:

a first unit for relating a graphic component to a program, the function of the graphic component being displayed on a screen;

an inclusive-relationship specifying unit inclusively relating a child graphic component to a parent graphic component so that the child graphic component transmits data to the parent graphic component or the parent graphic component transmits data to the child graphic component during execution;

a data link unit transmitting data between the inclusively related graphic components; and

a second unit generating a program for a new graphic component, defining a new task, including at least the

**14**

inclusively-related child and parent graphic components, and displaying the inclusively-related child and parent graphic components as the new graphic component along with the execution result of the program.

11. A graphical programming system letting a user enter instructions through an input unit to manipulate graphic components displayed on a display, to create a new graphic component and a corresponding new program, comprising:

a graphic-component storage unit storing data on graphic components, each corresponding to a program, executing a task such as one of an operation task and a database task, and displaying the graphic components on the display so that the function of the graphic components can be understood by users;

a task storage unit for storing the programs corresponding to the graphic components and providing the graphic-component storage unit with results of execution of the programs;

a graphic-component generation unit automatically generating data visualizing the graphic components corresponding to the programs stored in the task storage unit and storing the generated data in the graphic-component storage unit;

an inclusive-relationship specifying unit inclusively relating graphic components to one another on the display according to instructions entered through the input unit and allowing the graphic components to transmit data to each other during execution, and displaying the inclusively-related new graphic component on the display;

an inclusive-relationship management unit storing the inclusive relationships; and

a data link unit transmitting data among the graphic components according to the inclusive relationships stored in the inclusive-relationship management unit.

*   *   *   *   *