**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **SFA SYSTEMS, LLC** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **vs.** | § | **CASE NO. 6:09-CV-340** |
| | § | **PATENT CASE** |
| **1-800-FLOWERS.COM, INC., et al** | § | |
| | § | |
| **Defendants.** | § | |
| | | |
| **SFA SYSTEMS, LLC** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CASE NO. 6:10-CV-300** |
| | § | **PATENT CASE** |
| | § | |
| **BIGMACHINES, INC., ET AL.** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER**

The Court **REFERS** these cases for claim construction only to the Honorable John D. Love.

**So ORDERED and SIGNED this 31st day of March, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**