IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SFA SYSTEMS, LLC | § | |
| Plaintiff | § | |
| vs. | § | Civil Action No. 6:09-cv-340 led |
| 1-800-FLOWERS.COM, INC., et al. | § | JURY TRIAL DEMANDED |
| Defendants. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between Plaintiff SFA Systems, LLC, and Defendant The Timberland Company. The Court is of the opinion that the motion should be GRANTED. Therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff, SFA Systems, LLC, and defendant, The Timberland Company, are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled **"PATENTS IN SUIT SETTLEMENT AGREEMENT AND AGREEMENT REGARDING DISMISSALS WITH PREJUDICE"** and dated May 6, 2011.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

So ORDERED and SIGNED this 18th day of May, 2011.



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**