IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SFA SYSTEMS, LLC, | Civil Action No. 6:09-cv-00340-LED |
| Plaintiff, | [LEAD CASE] |
| v. | *Consolidated with* |
| | Civil Action No. 6:11-cv-00399-LED |
| 1-800-FLOWERS.COM, INC., et al. | |
| Defendants. | |

## ORDER GRANTING EMERGENCY STAY

Upon consideration of Plaintiff SFA Systems, LLC's unopposed emergency motion for stay pending dismissal with prejudice of all claims and counterclaims asserted between Plaintiff SFA Systems, LLC and defendant Newegg, Inc. in this case, and the Court being of opinion that the motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED, that the Stay pending a ruling on plaintiff SFA Systems, LLC's Motion to Dismiss is hereby granted.

**So ORDERED and SIGNED this 18th day of April, 2013.**

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE